# In the United States Court of Appeals for the Eleventh Circuit

---

BRADLEY HESTER, on behalf of himself and those similarly situated,
*Appellee/Intervenor-Plaintiff,*

v.

MATTHEW GENTRY, *et al.*,
*Appellants/Intervenor-Defendants.*

---

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
CASE NO. 5:17-CV-00270 (THE HON. J. MADELINE H. HAIKALA)

---

## UNOPPOSED MOTION OF AMICUS CURIAE PROFESSOR FRED O. SMITH JR. TO FILE CORRECTED BRIEF

---

FRED O. SMITH JR.
EMORY UNIVERSITY SCHOOL OF LAW
Gambrell Hall
1301 Clifton Road
Atlanta, GA 30322
(404) 727-0535
*fred.smith@emory.edu*

JONATHAN E. TAYLOR
GUPTA WESSLER PLLC
1900 L Street NW, Suite 312
Washington, DC 20036
(202) 888-1741
*jon@guptawessler.com*

*Counsel for Amicus Curiae Professor Fred O. Smith Jr.*

March 12, 2019

## CERTIFICATE OF INTERESTED PERSONS

In compliance with Eleventh Circuit Local Rules 26.1-1, the undersigned certifies that in addition to those set forth in Appellee Bradley Hester's Brief of March 1, 2019, the following individuals have an interest in the outcome of this matter:

1. Smith Jr., Fred, (amicus curiae)

2. Taylor, Jonathan (counsel for amicus curiae)

*/s/ Jonathan E. Taylor*
Jonathan E. Taylor
*Counsel for Amicus Curiae*

## CORPORATE DISCLOSURE STATEMENT

Amicus curiae is not a corporation, has no parent corporation, and does not issue stock.

*/s/ Jonathan E. Taylor*
Jonathan E. Taylor
*Counsel for Amicus Curiae*

## AMICUS CURAIE'S MOTION TO FILE CORRECTED BRIEF

Amicus Curiae Professor Fred O. Smith Jr. respectfully requests leave to file a corrected brief. Professor Smith filed his brief with consent of the parties on March 8, 2019. Counsel subsequently caught a set of small typographical errors and filed a corrected brief on March 11, 2019. Today, March 12, 2019, this Court issued a notice that the corrected brief is deficient because it was filed without leave of the Court. Accordingly, we are filing this motion, to which all parties consent.

For the foregoing reasons, Professor Smith's request to file a corrected amicus brief should be granted.

Dated: March 12, 2019

Respectfully submitted,

*/s/ Jonathan E. Taylor*

JONATHAN E. TAYLOR
GUPTA WESSLER PLLC
1900 L Street NW, Suite 312
Washington, DC 20036
(202) 888-1741
*jon@guptawessler.com*

FRED O. SMITH JR.
EMORY UNIVERSITY SCHOOL OF LAW
Gambrell Hall
1301 Clifton Road
Atlanta, Ga 30322
(404) 727-0535
*fred.smith@emory.edu*

*Counsel for Amicus Curiae*

## CERTIFICATE OF COMPLIANCE WITH RULE 32(g)(1)

I hereby certify that my word processing program, Microsoft Word, counted 102 words in the foregoing motion, exclusive of the portions excluded by Rule 32(f). This motion also complies with the typeface and type style requirements of Rules 32(a)(5) and 32(a)(6) because it appears in 14-point roman Baskerville, a proportionally spaced typeface.

March 12, 2019

*/s/ Jonathan E. Taylor*
Jonathan E. Taylor

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2019, I electronically filed the foregoing Motion for Professor Fred O. Smith Jr. with the Clerk of the Court of the U.S. Court of Appeals for the Eleventh Circuit by using the Appellate CM/ECF system. All participants are registered CM/ECF users and will be served by the Appellate CM/ECF system.

*/s/ Jonathan E. Taylor*
Jonathan E. Taylor